PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CATHY TEEL, )<br>)  | CASE NO. 1:13cv755 |
| Plaintiff, )<br>) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| COMMISSIONER OF SOCIAL )<br>SECURITY, ) | |
| ) | **MEMORANDUM OF OPINION AND** |
| Defendant. ) | **ORDER** [Regarding ECF No. 18] |

On November 20, 2013, Magistrate Judge Nancy A. Vecchiarelli issued a Report ("R&R") recommending that the Commissioner's final decision be remanded for proceedings consistent with those stated in the R&R. ECF No. 18.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a report and recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a report and recommendation within fourteen days of service. *Id.*; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Absent objection, a district court may adopt a magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

In the instant case, Defendant filed a response to the R&R stating that he will not file an

(1:13cv755)

objection.  ECF No. 19.  The Court finds that the R&R is supported by the record, and agrees with the recommendation to remand the case.  Accordingly, the Court remands the case for proceedings consistent with those stated in the R&R (ECF No. 18).

     IT IS SO ORDERED.

| | |
|---|---|
| _November 24, 2013_ | _/s/ Benita Y. Pearson_ |
| Date | Benita Y. Pearson |
| | United States District Judge |